AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

## UNITED STATES DISTRICT COURT
for the ~~Northern~~ Northern District California / Northern District

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 10-mj-70453 PVT |
| Gary A. Noble | ) | Charging District: District of Colorado |
| Defendant | ) | Charging District's Case No. 10-CR-00275 JLK |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
### WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Courtroom of Magistrate Judge Boland USDC Colorado 901 19th St Denver, CO | Courtroom No.: | Mag Judge Boland |
|---|---|---|---|
| | | Date and Time: | 6/18/10  1:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 6/9/10

_Patricia V. Trumbull_
Judge's signature

U.S. Magistrate Judge
Patricia V. Trumbull
Printed name and title

**Filed**

JUN - 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE